UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES ANTHONY WILLIAMS,<br><br>                Plaintiff,<br><br>    v.<br><br>WILLIAM COLLINS, *et al.*,<br><br>                Defendants. | Case No. C15-0735-MJP<br><br>ORDER DISMISSING ACTION |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's complaint (Dkt. 8) and this action are DISMISSED, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and

/
/
/
/
/

ORDER DISMISSING ACTION - 1

     (3)     The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

     DATED this 23rd day of September, 2015.

                                          */s/ Marsha J. Pechman*

                                          Marsha J. Pechman
                                          Chief United States District Judge

ORDER DISMISSING ACTION - 2